IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN V. GRAMMER,   )
                    )
      Plaintiff,    )
                    )
vs.                 )   Civil No. 15-cv-119-CJP
                    )
CAROLYN W. COLVIN,  )
                    )
      Defendant.    )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 28), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Kevin V. Grammer and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   2/2/2016

                                                                        **JUSTINE FLANAGAN,**
                                                                        **Acting Clerk of Court**

                                                                        **BY:  s/Reid Hermann**
                                                                                  **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**